*1011 481 U. S. 604; 481 U. S. 1044; 481 U. S. 1069; 481 U. S. 1042; 481 U. S. 1042; *1012 481 U. S. 1042; 481 U. S. 1042; 481 U. S. 1042; 481 U. S. 1042; 481 U. S. 1042; 481 U. S. 1042; 481 U. S. 1042; 481 U. S. 1033; 481 U. S. 1052; 481 U. S. 1053; 481 U. S. 1030; 481 U. S. 1053; 481 U. S. 1059; 481 U. S. 1040; and 481 U. S. 1057. Petitions for rehearing denied.
No. 86-5379.
No. 86-5426.
No. 86-5436.
No. 86-5544.
No. 86-5800.
No. 86-6043.
No. 86-6188.
No. 86-6303.
No. 86-6322.
No. 86-6364.
No. 86-6397.
No. 86-6473.
No. 86-6603.
No. 86-6609.
No. 86-6686.